UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SPECIALTY INSURANCE
COMPANY, *as subrogee of* WONDER WORKS
CONSTRUCTION CORP., *and* UNITED STATES
SPECIALTY INSURANCE COMPANY,

Plaintiff,

-v-

LEAD NAME OF CERTAIN UNDERWRITERS AT
LLOYD'S LONDON SUBSCRIBING TO POLICY NO.
10268L170237 AND POLICY NO. 10268L170238, *et al.*,

Defendants.

25 Civ. 5466

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

On July 2, 2025, this Court denied an *ex parte* application from plaintiff United States Specialty Insurance Company seeking a temporary restraining order that would enjoin defendants Lead Name of Certain Underwriters at Lloyd's London Subscribing to Policy No. 10268L170237 and Policy No. 10268L170238, *et al.* from exhausting the limits of designated insurance policies. The Court also, perceiving "no sound reason" for the sealing of this insurance action, provided plaintiff an opportunity to file, by July 8, 2025, an explanation as to why the continued sealing of the case was merited. No such submission was filed. The Court thus orders the matter unsealed.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: August 15, 2025