

**Furman Kornfeld & Brennan LLP**

Wall Street Plaza
88 Pine Street, 32nd Floor, New York, NY 10005
Tel: 212-867-4100  Fax: 212-867-4118
www.fkblaw.com

September 30, 2025

**VIA ECF**
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

Re: *U.S. Specialty Insurance Company, et. al. v. Certain Underwriters at Lloyd's London Subscribing to Policy No. 10268L170237, et. al.*
Case No.: 1:25-cv-05466
<u>**Consent Letter to Stay Proceedings for Sixty (60) Days**</u>

Dear Judge Engelmayer:

This firm represents defendant Certain Underwriters at Lloyd's London Subscribing to Policy No 10268L170237 ("Underwriters"). This letter is being submitted jointly and on consent of the Parties, respectfully seeking a stay of this action for sixty (60) days.

The Parties have conferred, agreed upon, and we respectfully request from the Court, a total stay of this matter for the next sixty (60) days, as the parties are engaged in settlement negotiation which would obviate the need for further motion practice and litigation in this matter. In light of the October 1, 2025 deadline for Underwriters to submit a fully briefed FRCP 12(b)(6) motion to dismiss the complaint, the Parties propose the following:

1) A stay of this case for sixty (60) days with all current deadlines held in abeyance through Monday, <u>December 1, 2025</u>.

2) If a settlement is reached, the Parties will promptly notify the Court of the same.

3) If a settlement is not reached, the parties will notify the Court of the same by November 24, 2025 and Underwriters' anticipated motion will be filed by December 2, 2025.

If the Court is agreeable to the requested stay, the Parties are amenable to any other framework the Court wishes to impose if the above-referenced schedule is not sufficient. Please do not hesitate to contact the undersigned with any questions.

Respectfully Submitted,

**FURMAN KORNFELD & BRENNAN LLP**

Jason H. Seiler

GRANTED.
SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Date: October 1, 2025
New York, New York